JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERINA PURCELLA, | Case No. 1:18-CV-01010-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 12, 2019 to May 13, 2019, for Plaintiff to file her Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to Counsel having several merit briefs due the week of April 12, 2019. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 26, 2019          PENA & BROMBERG, ATTORNEYS AT LAW

Stipulation & Order
Case No. 1:18-CV-01010-SKO          1

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: March 26, 2019        MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  **/s/ Michael K. Marriott*
MICHAEL K MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant
[*As authorized by email on 3/26/2019]

### **ORDER**

The Court has reviewed the parties' above stipulation (Doc. 18) and approves Plaintiff's request for additional time to file her opening brief. The Court GRANTS Plaintiff an extension until May 13, 2019, to file her opening brief. All remaining deadlines in the Court's scheduling order (Doc. 9) are extended accordingly.

IT IS SO ORDERED.

Dated:  **March 28, 2019**                        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
Case No. 1:18-CV-01010-SKO        2