McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| SERINA TERESA PURCELLA, | ) | Civil No. 1:18-cv-01010-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **FIRST EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, including twelve other district court due within the next month.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Wednesday, July 10, 2019.

Respectfully submitted,

Date: *June 10, 2019*     PENA & BROMBERG, ATTORNEYS AT LAW

By:    */s/ Jonathan Omar Pena\**
JONATHAN OMAR PENA
*\* By email authorization on June 10, 2019*
Attorney for Plaintiff

Date: *June 10, 2019*     McGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

Pursuant to the parties' above stipulation (Doc. 21), and for good cause shown, Defendant shall file a response to Plaintiff's opening brief on or before July 10, 2019. Plaintiff shall have up to and including July 25, 2019 to file a reply to Defendant's response. All other terms and directives in the Court's Scheduling Order (Doc. 9), remain unchanged.

IT IS SO ORDERED.

Dated: **June 11, 2019**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE