McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| SERINA TERESA PURCELLA, | ) | Civil No. 1:18-cv-01010-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **SECOND EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security,[1] | ) | **(Doc. 23)** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an

---

[1] On June 17, 2019, Andrew Saul became the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/agency/commissioner.html (last visited by the court on June 20, 2019). He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

1

extremely heavy workload, including eleven other district court due within the next month, as well as two active Ninth Circuit cases at the merits briefing stage.

The new due date for Defendant's responsive brief will be Friday, August 9, 2019.

Respectfully submitted,

Date: *July 10, 2019*     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena\**
JONATHAN OMAR PENA
\* *By email authorization on July 10, 2019*
Attorney for Plaintiff

Date: *July 10, 2019*     McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

The Court is in receipt of Defendant's "Stipulation for a Second Extension of Time for Defendant to file Her [Sic] Responsive Brief." (Doc. 23.) Pursuant to parties' "Stipulation for a First Extension of Time for Defendant to File Her Responsive Brief" (Doc. 22), Defendant's response to Plaintiff's Opening Brief was due July 10, 2019, the same day on which Defendant filed the present second request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that

"[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given defense counsel's representations regarding his "extremely heavy workload" (*see* Doc. 23 at 1), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

IT IS HEREBY ORDERED that Defendant has until August 9, 2019, to file a response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **July 11, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE